1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   E. MARTIN ESTRADA (Cal. SBN: 223802)
4  Assistant United States Attorney
        1200 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-3358
        Facsimile: (213) 894-0141
7       E-mail: Martin.Estrada@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
9

10              UNITED STATES DISTRICT COURT

11         FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                   WESTERN DIVISION

13  UNITED STATES OF AMERICA,    ) CR No. 07-1366-AHM
                                 )
14            Plaintiff,         ) FINDINGS AND ORDER REGARDING
                                 ) CONTINUANCE OF TRIAL DATE AND
15            v.                 ) EXCLUDABLE TIME PERIODS UNDER THE
                                 ) SPEEDY TRIAL ACT
16  DONALD KEVIN ROMANIK,        )
                                 ) Current
17            Defendant.         ) Trial Date:  Feb. 5, 2008
                                 )
18                               )
                                 )
19  _____)

20

21       Having considered the Stipulation Regarding Continuance of

22  Trial Date and Excludable Time Periods Under Speedy Trial Act,

23  and good cause appearing, the Court hereby continues trial to

24  April 22, 2008, at **8:00 a.m.**  In connection with this order, the

25  Court makes the following findings:

26       1.  Defendant first appeared before a judicial officer in

27  the Court in which these charges are pending on November 29,

28  2007.  The indictment in this case was filed on December 11,

1 | 2007.  Defendant was arraigned on December 17, 2007.  The Speedy

2 | Trial Act of 1974, 18 U.S.C. §§ 3161 <u>et seq.</u>, originally required

3 | that the trial commence on or before February 19, 2008.

4 |     2.  At the arraignment, trial was set for February 5, 2008

5 | at **8:00 a.m.**

6 |     3.  This is the first continuance requested, and the Court

7 | has not granted any other continuances of the trial date in this

8 | matter.

9 |     4.  Failure to grant the continuance would deny defendant

10 | continuity of counsel.  The government does not object to the

11 | continuance.

12 |     5.  Based on defense counsel's request for a partial pre-

13 | plea presentence report to determine if defendant qualifies as a

14 | career offender under U.S.S.G. 4B1.1, defense counsel's belief

15 | that a mental evaluation is required before defendant stands for

16 | trial, defense counsel's trial schedule, and the numerous

17 | significant charges in this case, failure to grant the above-

18 | requested continuance would result in a miscarriage of justice

19 | because defense counsel will not have sufficient time or

20 | information to conduct a proper pre-trial investigation and

21 | evaluate defendant's legal options.  The government does not

22 | object to the continuance.

23 |     6.  The time period of from February 5, 2008, to and

24 | including April 22, 2008, is deemed excludable pursuant to

25 | 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and

26 | 3161(h)(8)(B)(iv) because it results from a continuance granted

27 | by the Court at the defendant's request without government

28 | objection on the basis of the judge's finding that the ends of

1  justice served by taking such action outweigh the best interest

2  of the public and the defendant in a speedy trial.  Specifically,

3  failure to grant the continuance requested by defendant would

4  deny defendant continuity of counsel, deny defense counsel the

5  reasonable time necessary for effective preparation, taking into

6  account the exercise of due diligence, and result in a

7  miscarriage of justice.

8      7.  Nothing in this order shall preclude a finding that

9  other provisions of the Speedy Trial Act dictate that additional

10 time periods are excludable from the period within which trial

11 must commence.

12

13 January 16, 2008
   DATE                           THE HONORABLE A. HOWARD MATZ
14                                UNITED STATES DISTRICT JUDGE

15 cc:  **USPO, USMO, PSA**

16

17

18

19

20

21

22

23

24

25

26

27

28

3